UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEAN RUSSELL SHELTON,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TIMOTHY JONES, et al.,<br><br>　　　　　　Defendants. | NO.　CV-09-006-RHW<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

　　In early March 2009, *pro se* Plaintiff Dean Russell Shelton sent the Court several letters expressing uncertainty whether he wished to proceed with the above entitled matter, as well as with another lawsuit, CV-09-007-EFS, *Shelton v. United States of America, et al.* The Court instructed Plaintiff if he wished to proceed with this action, he must notify the Court no later than April 13, 2009 (Ct. Rec. 9). Plaintiff did not respond. Accordingly, **IT IS ORDERED** the Complaint **(Ct. Rec. 1)** is **DISMISSED without prejudice**.

　　**IT IS SO ORDERED.** The District Court Executive shall enter this Order, enter judgment, forward copies to Plaintiff at his last-known address; and close the file

　　**DATED** this 19th day of May 2009.

　　　　　　　　　　　　*S/ Robert H. Whaley*

　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2009\Shelton\9cv06rhw-5-7-dis.wpd
ORDER DISMISSING ACTION WITHOUT PREJUDICE -- 1