AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

PLAINTIFF,

Dean Russell Shelton

v.

DEFENDANT,

Jones, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-006-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Court instructed Plaintiff if he wished to proceed with this action, he must notify the Court no later than April 13, 2009 (Ct. Rec. 9). Plaintiff did not respond. Accordingly, IT IS ORDERED the Complaint (Ct. Rec. 1) is DISMISSED without prejudice.

May 19, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson